# EXHIBIT A


CT Corporation

**Service of Process Transmittal**
02/10/2015
CT Log Number 526557135

TO: Suresh Nair
iGate Corporation
100 Sumerset Corporate Blvd
Bridgewater, NJ 08807

RE: **Process Served in California**

FOR: iGATE Technologies, Inc. (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Barbara Wood, etc., Pltf. vs. iGATE Technologies Inc., etc., et al., Dfts. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Summons, Complaint, Statement, Order, Notice, Attachment(s) |
| COURT/AGENCY: | Alameda County - Superior Court - Oakland, CA<br>Case # RG14744142 |
| NATURE OF ACTION: | Plaintiffs complaint against defendant regarding seeking damages for breach of contract, breach of the covenant of good faith & fair dealing |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/10/2015 at 14:50 |
| JURISDICTION SERVED: | California |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | Joseph Clapp<br>Aiman-Smith & Marcy<br>7677 Oakport St.<br>Suite 1020<br>Oakland, CA 94621<br>510-590-7115 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 780196684200<br>Image SOP<br>Email Notification, Suresh Nair suresh.nair@igate.com<br>Email Notification, Eric Harris Eric.Harris@igate.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

Page 1 of 1 / AY

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

IGATE TECHNOLOGIES, INC., a business entity, form unknown; and Does 1 through 25, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BARBARA WOOD, an individual,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED BY FAX
ALAMEDA COUNTY
October 10, 2014
CLERK OF
THE SUPERIOR COURT
By Denise Dalton, Deputy

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda Superior Court
1225 Fallon Street
Oakland, CA 94612

**CASE NUMBER:**
*(Número del Caso):*
RG14744142

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joseph Clapp, Esq., Aiman-Smith & Marcy, 7677 Oakport St., Ste ~~~~, Oakland, CA 94621, 510/590-7115

DATE: October 10, 2014                Clerk, by  *Denise A Dalton*            , Deputy
*(Fecha)*                              *(Secretario)*                          *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* iGate Technologies, Inc., a business entity, form unknown

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| | |
|---|---|
| JOSEPH CLAPP, Esq., SBN 99194<br>Aiman-Smith & Marcy<br>7677 Oakport Street, Suite 1020<br>Oakland, CA 94621<br>Telephone: (510) 590-7115<br>Facsimile: (510) 562-6830<br>Email: djc1.asm@gmail.com<br><br>Attorneys for Plaintiff | **FILED BY FAX**<br>ALAMEDA COUNTY<br><br>October 10, 2014<br><br>CLERK OF<br>THE SUPERIOR COURT<br>By Denise Dalton, Deputy<br><br>CASE NUMBER:<br>**RG14744142** |

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
UNLIMITED JURISDICTION

| | |
|---|---|
| BARBARA WOOD, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>IGATE TECHNOLOGIES INC., a business entity, form unknown; and Does 1 through 25, inclusive,<br><br>      Defendants. | Case No.:<br><br>Complaint Seeking Damages for Breach of Contract, Breach of the Covenant of Good Faith & Fair Dealing, Wrongful Termination, and Violation of Labor Code Section 98.6<br><br>Demand for Jury Trial |

Complaint
*Wood v. IGate Technologies Inc., et al.*  Case No.

Plaintiff is informed and believes and thereon alleges:

## PARTIES

1. Plaintiff BARBARA WOOD is a competent adult.

2. Defendants claim to be a global leader in the business of providing integrated technology and operations-based solutions.

3. Plaintiff is presently unaware of the true names and capacities of the persons named as Does 1 through 25 and therefore sues them by these fictitious names. Plaintiff will amend this complaint to assert their true names and capacities when these are ascertained. Except as otherwise alleged herein, each of the entities sued as Does 1 through 25 was the agent of the other and each is responsible for the damages to Plaintiff as alleged herein.

## VENUE

4. The parties agreed that their employment agreement "shall be deemed to have been made and entered into in Alameda County, California . . . ." The parties also agreed that "Jurisdiction and venue is exclusively limited in any proceeding by the Company or Employee to enforce their rights hereunder to any court or arbitrator geographically located in Alameda County, California."

## FACTUAL BACKGROUND

5. Plaintiff was employed by Defendants (or predecessor companies) as a Director of Sales from approximately November 2010 until her discharge from employment on approximately February 3, 2014.

## FIRST CAUSE OF ACTION

### Breach of Contract

6. Plaintiff incorporates herein the foregoing paragraphs.

7. The parties entered into a written contract of employment under which Plaintiff would solicit new business and Defendants would pay certain compensation for that work. Part of that compensation was a commission of 2% of sales revenue for the first two years of the new business brought in by Plaintiff. That commission would be paid, however, only if Plaintiff was employed on the date the payout was due.

/ / /

Complaint
*Wood v. IGate Technologies Inc., et al.*
Page 1

Case No.

8. Plaintiff worked for two years on obtaining a business deal with a prospective customer, CNA. In 2013, Plaintiff was voluntarily taken off this account, but she was promised in writing that if the deal was ultimately secured, she would receive her commission.

9. Later, Plaintiff was informed that she would not receive this commission. She then complained to Defendants, orally and in writing, that she would be owed the commission if the deal was completed.

10. On or about February 3, 2014, Defendants terminated Plaintiff's employment. They did so (a) to prevent Plaintiff from being employed when the commission on the CNA was to be paid out and (b) to retaliate against her for complaining that she would be owed this commission.

11. In approximately June 2014, Defendants and CNA consummated the deal that Plaintiff had worked on. The deal was valued at approximately $200 million.

12. All conditions precedent to Defendants' obligation to pay the commission have either occurred or been excused.

13. Defendants have failed to pay and continue to fail to pay Plaintiff the commissions due.

14. The amounts of commissions due, and to become due, can be determined from Defendants' business records.

## SECOND CAUSE OF ACTION

### Breach of Covenant of Good Faith & Fair Dealing

15. Plaintiff incorporates herein the foregoing paragraphs.

## THIRD CAUSE OF ACTION

### Wrongful Termination

16. Plaintiff incorporates herein the foregoing paragraphs.

17. Labor Code Sections 98.6 and 200 *et seq.* express a public policy preventing employers from discharging employees for exercising the right to seek the payment of wages earned.

18. As a result of her discharge from employment, Plaintiff has suffered, and continues to suffer, the loss of income and employment benefits. In the future she will suffer the loss of earning capacity. In addition, she has suffered, and continues to suffer, emotional distress, loss of reputation, and loss of enjoyment of life.

19. Defendants and their officers, directors, or managing agents committed the above-described acts. They knew, or should have known, that these acts would cause injury to Plaintiff, and they committed these despicable acts with a willful and conscious disregard of Plaintiff's rights, and in conscious disregard of these rights subjected Plaintiff to cruel and unjust hardship.

## FOURTH CAUSE OF ACTION

### Labor Code Section 98.6

20. Plaintiff incorporates herein the foregoing paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. Damages in an amount to be proved at trial;

2. Reimbursement of lost wages and work benefits on the Fourth Cause of Action;

3. Punitive damages in an amount to be proved at trial;

4. Pre-judgment interest;

5. Costs of suit; and

6. All other appropriate remedies.

Dated: October 10, 2014                     aiman-smith & marcy

_____
Joseph Clapp
Attorneys for Plaintiff

## Demand for Jury Trial

Plaintiff hereby demands trial by jury.

Dated: October 10, 2014                     aiman-smith & marcy

_____
Joseph Clapp
Attorneys for Plaintiff

Complaint
Wood v. IGate Technologies Inc., et al.                Case No.
Page 3

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Joseph Clapp, Esq., SBN 99194<br>Aiman-Smith & Marcy<br>7677 Oakport St., Ste. 1020, Oakland, CA 94621<br>TELEPHONE NO.: (510) 590-7115  FAX NO. (Optional): (510) 562-6830<br>E-MAIL ADDRESS (Optional): djc1.asm@gmail.com<br>ATTORNEY FOR (Name): Plaintiff Barbara Wood | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1221 Oak St., Fourth Floor
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Administration Building

PLAINTIFF/PETITIONER: Barbara Wood
DEFENDANT/RESPONDENT: iGate Technologies, Inc.

| CASE MANAGEMENT STATEMENT<br>(Check one):  [✓] UNLIMITED CASE    [ ] LIMITED CASE<br>   (Amount demanded        (Amount demanded is $25,000<br>   exceeds $25,000)             or less) | CASE NUMBER:<br>RG14744142 |
|---|---|

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: Feb. 24, 2015    Time: 3:00 p.m.    Dept.: 22    Div.:    Room:
Address of court (if different from the address above):

[ ] Notice of Intent to Appear by Telephone, by (name):

---

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** (answer one):
   a. [✓] This statement is submitted by party (name): Barbara Wood
   b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): Oct. 10, 2014
   b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [✓] The following parties named in the complaint or cross-complaint
      (1) [✓] have not been served (specify names and explain why not):
         iGate Technologies, Inc. (in process of being served)
      (2) [ ] have been served but have not appeared and have not been dismissed (specify names):
      (3) [ ] have had a default entered against them (specify names):
   c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. **Description of case**
   a. Type of case in [✓] complaint    [ ] cross-complaint    (Describe, including causes of action):
      Employment Case. Failure to pay commissions due, wrongful termination for seeking payment of wages due.

---

Page 1 of 5

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

|  | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: Barbara Wood | CASE NUMBER: |
| DEFENDANT/RESPONDENT: iGate Technologies, Inc. | RG14744142 |

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

   Defendant refused to honor payment of large (in excess of $1 million) commission that would accrue, and discharged Plaintiff to justify not paying her.

   ☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
   The party or parties request ☑ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
   a. ☐ The trial has been set for *(date):*
   b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*
   c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
      3/23-24/15; 4/15-16/15; 4/28-29/15; 8/10-14/15; 8/24-28/15; 9/14-18/15 (trials)

7. **Estimated length of trial**
   The party or parties estimate that the trial will take *(check one):*
   a. ☑ days *(specify number):* 7
   b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
   The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
   a. Attorney:
   b. Firm:
   c. Address:
   d. Telephone number:
   e. E-mail address:
   f. Fax number:
   g. Party represented:
   ☐ Additional representation is described in Attachment 8.

9. **Preference**
   ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
       (1) For parties represented by counsel: Counsel ☑ has ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
       (2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.
    b. **Referral to judicial arbitration or civil action mediation** (if available).
       (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
       (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
       (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| | | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: Barbara Wood | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: iGate Technologies, Inc. | RG14744142 | |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | [✓] | [✓] Mediation session not yet scheduled<br>[ ] Mediation session scheduled for *(date)*:<br>[ ] Agreed to complete mediation by *(date)*:<br>[ ] Mediation completed on *(date)*: |
| (2) Settlement conference | [ ] | [ ] Settlement conference not yet scheduled<br>[ ] Settlement conference scheduled for *(date)*:<br>[ ] Agreed to complete settlement conference by *(date)*:<br>[ ] Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | [ ] | [ ] Neutral evaluation not yet scheduled<br>[ ] Neutral evaluation scheduled for *(date)*:<br>[ ] Agreed to complete neutral evaluation by *(date)*:<br>[ ] Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | [ ] | [ ] Judicial arbitration not yet scheduled<br>[ ] Judicial arbitration scheduled for *(date)*:<br>[ ] Agreed to complete judicial arbitration by *(date)*:<br>[ ] Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | [ ] | [ ] Private arbitration not yet scheduled<br>[ ] Private arbitration scheduled for *(date)*:<br>[ ] Agreed to complete private arbitration by *(date)*:<br>[ ] Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | [ ] | [ ] ADR session not yet scheduled<br>[ ] ADR session scheduled for *(date)*:<br>[ ] Agreed to complete ADR session by *(date)*:<br>[ ] ADR completed on *(date)*: |

|  | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: Barbara Wood <br> DEFENDANT/RESPONDENT: iGate Technologies, Inc. | CASE NUMBER: <br> RG14744142 |

**11. Insurance**
    a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
    b. Reservation of rights: ☐ Yes ☐ No
    c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**12. Jurisdiction**
    Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
    ☐ Bankruptcy ☐ Other *(specify)*:
    Status:

**13. Related cases, consolidation, and coordination**
    a. ☐ There are companion, underlying, or related cases.
        (1) Name of case:
        (2) Name of court:
        (3) Case number:
        (4) Status:
    ☐ Additional cases are described in Attachment 13a.
    b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**14. Bifurcation**
    ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**15. Other motions**
    ☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

**16. Discovery**
    a. ☐ The party or parties have completed all discovery.
    b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Plaintiff | Interrogatories and Document Requests | Oct. 2015 |
| Plaintiff | Depositions | Oct. 2015 |

    c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

|  | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: Barbara Wood | CASE NUMBER: |
| DEFENDANT/RESPONDENT: iGate Technologies, Inc. | RG14744142 |

### 17. Economic litigation

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

### 18. Other issues

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

### 19. Meet and confer

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*
   Defendant not yet served.

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 2/9/15

Joseph Clapp, Esq.
(TYPE OR PRINT NAME)

▶ *Joseph Clapp /m/*
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

```
┌  Aiman-Smith & Marcy              ┐   ┌                              ┐
   Attn: Joseph, Clapp Donald
   7677 Oakport Street,
   Suite 1020
└  Oakland, CA  94621               ┘   └                              ┘
```

## Superior Court of California, County of Alameda

| Wood | No. RG14744142 |
|---|---|
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| Igate Technologies, Inc., a business entity, form un | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 02/24/2015<br>Time: 03:00 PM | Department: 22<br>Location: **Administration Building**<br>**Fourth Floor**<br>**1221 Oak Street, Oakland CA 94612**<br><br>Internet: **http://www.alameda.courts.ca.gov** | Judge: **Robert McGuiness**<br>Clerk: **Monica Martin**<br>Clerk telephone: **(510) 267-6938**<br>E-mail:<br>**Dept.22@alameda.courts.ca.gov**<br>Fax: **(510) 267-1574** |
|---|---|---|

### ORDERS

1. You must:
    a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b. **Give notice** of this conference to any party not included in this notice and file proof of service;
    c. **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d. **File and serve** a completed Case Management Statement (use of Judicial Council Form CM-110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)*

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person† (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a. Referring to ADR and setting an ADR completion date
    b. Dismissing or severing claims or parties
    c. Setting a trial date.

* Case Management Statements may be filed by E-Delivery, by submitting directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to **Direct Calendar Departments** at http://apps.alameda.courts.ca.gov/domainweb.
†Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Leah T. Wilson Executive Officer / Clerk of the Superior Court Executed on 10/16/2014.

By _____
                                     digital
                                              Deputy Clerk

## Superior Court of California, County of Alameda



## Notice of Assignment of Judge for All Purposes

Case Number: RG14744142
Case Title: Wood VS Igate Technologies, Inc., a business entity, form un
Date of Filing: 10/10/2014

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| Judge: | Robert McGuiness |
| Department: | 22 |
| Address: | Administration Building |
| | 1221 Oak Street |
| | Oakland CA 94612 |
| Phone Number: | (510) 267-6938 |
| Fax Number: | (510) 267-1574 |
| Email Address: | Dept.22@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note:** In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law. (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)

**NOTICE OF NONAVAILABILITY OF COURT REPORTERS:** Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

Following assignment of a civil case to a specific department, all pleadings must be filed at the court facility where that department is located. The René C. Davidson Courthouse is the filing location for departments situated in the Alameda County Administration Building and the United States Post Office (see Local Rule, rule 1.9(d) effective as of 01/01/2013). All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Robert McGuiness
DEPARTMENT 22

All parties are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at:
http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's Web site also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

(1) Counsel are expected to be familiar with the Statement of Professionalism and Civility, Alameda County Bar Association (www.acbanet.org). (2) Appearances by attorneys who are not counsel of record are not permitted except for good cause shown. Non-emergency scheduling conflicts is not good cause. (3) The court appreciates receiving courtesy copies of motions for summary judgment or adjudication, but otherwise, unless directed, counsel should refrain from lodging or emailing courtesy copies. (4) All references to "counsel" in this order apply equally to self-represented parties, who should know that there is a Self-Help Center at Rene C. Davidson Courthouse, 2nd Floor, 1225 Fallon Street, Oakland. (5) Email requests for motion dates preferred. Remember: Email is NOT a substitute for filing of pleadings/documents. (6) The court does provide an expedited informal discovery resolution procedure which MUST be followed before filing a discovery motion. Contact the clerk for details.

### Schedule for Department 22

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions. Contacts with Dept. 22 should be by e-mail with copies to all counsel after conferring about proposed dates.

- Trials generally are held: Mondays through Thursdays, 8:30 a.m. to 1:30 p.m. with two breaks and Fridays, 8:30 a.m. to noon with one break. A pretrial conference is generally scheduled 3 weeks before trial at 8:30 a.m. or 2:00 p.m. on a Friday. Personal appearance required.

- Case Management Conferences are held: Mondays through Thursdays at 3:00 p.m.

- Law and Motion matters are heard: Tuesdays and Thursdays at 3:00 p.m. (maximum 5 each). Email Dept. 22 to obtain a reservation. Limited hearings are

available for summary judgments, preliminary injunctions and other time intensive motions.

- Settlement Conferences are heard: Court resources are limited. Counsel encouraged to consider alternative dispute resolution options. Conferences will be specially set when deemed appropriate.

- Ex Parte matters are heard: Applications are considered only on moving papers and any written response. Email Dept. 22 to advise when papers will be filed and give notice to other side and advise same that written opposition must be filed in 24 hours.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email: Dept.22@alameda.courts.ca.gov

- Ex Parte Matters
  Email: Dept.22@lameda.courts.ca.gov

## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 22
- Phone: 1-866-223-2244

Dated: 10/15/2014    *[signature]* Facsimile

Presiding Judge,
Superior Court of California, County of Alameda

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/16/2014

By _____

Deputy Clerk