MORGAN, LEWIS & BOCKIUS LLP
MELINDA S. RIECHERT, BAR NO. 65504
mriechert@morganlewis.com
SACHA M. STEENHOEK, BAR NO. 253743
ssteenhoek@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendant
IGATE TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WOOD,<br><br>        Plaintiff,<br><br>vs.<br><br>IGATE TECHNOLOGIES INC., a business entity, form unknown; and Does 1 through 25, inclusive,<br><br>        Defendant. | Case No.<br><br>**DECLARATION OF SURESH NAIR IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332(a)(3) AND 1441(b)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SURESH NAIR ISO
NOTICE OF REMOVAL

DB2/ 25751808.1

1    I, SURESH NAIR hereby depose and declare that:

2    1.    I am employed by IGATE Technologies, Inc. as its Controller (North America). I

3    have personal knowledge of the facts set forth below as Controller (North America) and as a

4    custodian of the books and records of IGATE Technologies, Inc. If called upon to testify, I

5    would testify competently to the facts set forth in this Declaration.

6    2.    IGATE Technologies, Inc. has at all times been a corporation organized under the

7    laws of the State of Pennsylvania.

8    3.    IGATE Technologies, Inc.'s corporate headquarters and principal place of

9    business are, and have been since before October 10, 2014, located in the Township of

10   Bridgewater in the State of New Jersey. IGATE Technologies, Inc.'s principal executive officers

11   maintain their offices in Bridgewater, New Jersey. Those principal executive officers direct,

12   control, and coordinate IGATE's business from Bridgewater, New Jersey.

13   4.    The IGATE Technologies, Inc. executive officers stationed in Bridgewater, New

14   Jersey include:

15        a.    President & Chief Executive Officer Ashok Vemuri;

16        b.    Vice President, Human Resources (Americas Region) L.S. Srinivas;

17        c.    Senior Vice President, Legal (Americas, Europe, Australia, Asia) Jeffrey

18              Friedel;

19        d.    Senior Vice President, Manufacturing (North America) Abhay

20              Mahagaokar;

21        e.    Senior Vice President (General Electric Account) Lalit Khandelwal;

22        f.    Senior Vice President, Insurance, Healthcare, Life Sciences (North

23              America) Ganesh Iyer;

24        g.    Senior Vice President, IBAS Partha Deka; and

25        h.    Controller (North America) Suresh Nair.

26   5.    IGATE Technologies, Inc. has maintained a place of business in Alameda County

27   continuously from before 2012 to the present.

28   6.    IGATE Technologies, Inc.'s records of which I am a custodian record that Plaintiff

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF SURESH NAIR ISO
NOTICE OF REMOVAL

DB2/ 25751808.1

1  Barbara Wood's place of residence at the time of her hire with and termination from IGATE
2  Technologies, Inc. was 4398 Nowlin Dr. SE, Smyrna, GA 30082.

3        7.     Attached hereto as **Exhibit 1** is a true and correct copy, from the IGATE
4  Technologies, Inc. records of which I am a custodian, of the letter employment agreement, dated
5  March 15, 2012, between IGATE Technologies, Inc. and Barbara Wood, excluding its
6  attachments.   Section 9 of Exhibit 1 provides in pertinent part, "Jurisdiction and venue is
7  exclusively limited in any proceeding by the Company or Employee to enforce their rights
8  hereunder to any court or arbitrator geographically located in Alameda County, California."

9        8.     According to company records, of which I am a custodian, at the time of her
10 termination, Barbara Wood's annual base salary was $118,473.

11      I declare the foregoing is true under penalty of perjury under the laws of the United States
12 and the State of New Jersey.

13      Executed at Bridgewater, New Jersey, this ___ day of February 2015.

Suresh Nair

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25751808.1

2

DECLARATION OF SURESH NAIR ISO
NOTICE OF REMOVAL