```
 1  MORGAN, LEWIS & BOCKIUS LLP
    MELINDA S. RIECHERT, BAR NO. 65504
 2  mriechert@morganlewis.com
    SACHA M. STEENHOEK, BAR NO. 253743
 3  ssteenhoek@morganlewis.com
    One Market, Spear Street Tower
 4  San Francisco, CA  94105-1126
    Tel:   +1.415.442.1000
 5  Fax:   +1.415.442.1001

 6  Attorneys for Defendant
    IGATE TECHNOLOGIES, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WOOD,<br><br>              Plaintiff,<br>      vs.<br>IGATE TECHNOLOGIES, INC., a business entity, form unknown; and Does 1 through 25, inclusive,<br><br>              Defendant. | Case No. 4:15-cv-00799<br><br>**NOTICE OF APPEARANCE OF MELINDA S. RIECHERT** |

| | |
|---|---|
| 1 | **TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR** |
| 2 | **ATTORNEYS OF RECORD:** |
| 3 | I, Melinda S. Riechert, of Morgan, Lewis & Bockius LLP, enter my appearance as counsel |
| 4 | for Defendant IGATE TECHNOLOGY, INC. in this matter. I am a member of the State Bar of |
| 5 | California and admitted to practice in the Northern District of California. My address, telephone, |
| 6 | and facsimile number are as follows: |

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Please serve said counsel with all pleadings and notices in this action.

Dated: February 23, 2015        MORGAN, LEWIS & BOCKIUS LLP


By */s/ Melinda S. Riechert*
Melinda S. Riechert
Sacha M. Steenhoek
Attorneys for Defendant
IGATE TECHNOLOGIES, INC.