IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>IGATE TECHNOLOGIES, INC.,<br><br>    Defendant.<br>_____ / | No. C 15-00799 JSW<br><br>**ORDER VACATING HEARING** |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and motion for leave to appeal which have been noticed for hearing on Friday, June 19, 2015 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: June 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE