**United States District Court**
For the Northern District of California

1
2
3
4
5
IN THE UNITED STATES DISTRICT COURT
6
7
FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
BARBARA WOOD,
9
      Plaintiff,                         No. C 15-00799 JSW
10
  v.
11
IGATE TECHNOLOGIES, INC.,           **ORDER TO SHOW CAUSE**
12
      Defendant.
13
_____/
14
      By order dated May 19, 2015, this Court set the case management conference for August
15
14, 2015, and required personal appearances by counsel.  On Friday, August 14, 2015, this
16
Court held the initial case management conference in this matter.  Counsel for Defendant did
17
not appear.
18
      Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing as to
19
why the Court should not impose monetary sanctions in the amount of $500.00.  Defendant's
20
response to this Order to Show Cause shall be due by August 21, 2015.
21
      **IT IS SO ORDERED.**
22
23
Dated:   August 14, 2015
24
                                  JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE
25
26
27
28