IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA WOOD,

    Plaintiff,

v.

IGATE TECHNOLOGIES, INC.,

    Defendant.

No. C 15-00799 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

By order dated May 19, 2015, this Court set the case management conference for August 14, 2015, and required personal appearances by counsel. On Friday, August 14, 2015, this Court held the initial case management conference in this matter. Counsel for Defendant did not appear. On August 14, 2015, Defendant was ordered to show cause in writing as to why the Court should not impose monetary sanctions in the amount of $500.00.

The Court has received Defendant's response to the Order to Show Cause indicating the cause of her absence was an inadvertent failure to attend occasioned by a calendaring error. Accordingly, the Court shall discharge the Order to Show Cause without imposing sanctions. However, counsel for Defendant is HEREBY ADVISED that failure to comply with the Court's orders in the future may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 19, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE