IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA WOOD,

    Plaintiff,                                    No. C 15-00799 JSW

  v.

IGATE TECHNOLOGIES, INC.,              **ORDER TO SHOW CAUSE**

    Defendant.
_____/

    During the case management conference on August 14, 2015, this Court set the last day to hear dispositive motions for March 11, 2016 at 9:00 a.m. By order dated March 7, 2016, this Court set the pretrial conference and trial for July 18, 2016 and August 8, 2016, respectively. On May 2, 2016, Defendant filed a motion for summary judgment, or in the alternative, for parital summary judgment and set the hearing for June 10, 2016.

    Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not strike the motion as late-filed. Defendant's response to this Order to Show Cause shall be due by May 6, 2016.

    **IT IS SO ORDERED.**

Dated: May 3, 2016

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE