IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA WOOD,

    Plaintiff,

v.

IGATE TECHNOLOGIES, INC.,

    Defendant.

No. C 15-00799 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING SCHEDULE ON MOTION**

During the case management conference on August 14, 2015, this Court set the last day to hear dispositive motions for March 11, 2016 at 9:00 a.m. By order dated March 7, 2016, this Court set the pretrial conference and trial for July 18, 2016 and August 8, 2016, respectively. On May 2, 2016, Defendant filed a motion for summary judgment, or in the alternative, for partial summary judgment and set the hearing for June 10, 2016. On May 3, 2016, this Court issued an order to show cause why the Court should not strike the motion as late-filed. Simultaneously, Plaintiff moved for administrative relief to strike Defendant's motion for summary judgment as late-filed.

Defendant's counsel interpreted the Court's extension of the discovery deadlines in this matter to result in the extension of the deadline to file dispositive motions. Although this is clearly in error, the Court cannot find that the error was a willful or bad faith violation of the Court's order setting deadlines.

Accordingly, the Court HEREBY DISCHARGES the order to show cause without imposing the sanction of striking the motion for summary judgment and DENIES Plaintiff's administrative motion for relief. However, due to the late-filing, Plaintiff's opposition to the

motion for summary judgment shall be filed no later than June 3, 2016; the reply shall be due June 10, 2016; and the hearing shall be continued to June 24, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 24, 2016



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2