IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WOOD, | |
| Plaintiff, | No. C 15-00799 JSW |
| v. | |
| IGATE TECHNOLOGIES, INC., | **ORDER RE ERRATA** |
| Defendant. | |

On June 20, 2016, Defendant iGate Technologies, Inc. resubmitted its entire reply brief, with the caption Errata – Defendant's Reply in Support of its Motion for Summary Judgment. However, Defendant fails to indicate what changes to the timely-filed reply are submitted by this late-filed errata brief. Defendant is hereby ordered to file a notice by no later than June 22, 2016, indicating what changes were made in the resubmitted reply brief.

**IT IS SO ORDERED.**

Dated: June 20, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE