1  JOSEPH CLAPP, Bar No. 99194
   AIMAN-SMITH & MARCY
2  7767 Oakport Street, Suite 1150
   Oakland, CA 94621
3  Tel.:   510.590.7115
   Fax:   510.562.6830
4  e-mail: djc.asm@gmail.com

5  ATTORNEYS FOR PLAINTIFF
   BARBARA WOOD
6
   MELINDA S. RIECHERT, BAR NO. 65504
7  SACHA M. STEENHOEK, BAR NO. 253743
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
9  Tel.:   +1.415.442.1000
   Fax:   +1.415.442.1001
10 e-mail: melinda.riechert@morganlewis.com
   e-mail: sacha.steenhoek@morganlewis.com
11
   Attorneys for Defendant
12 IGATE TECHNOLOGIES, INC.

13

14                     UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16 | BARBARA WOOD,                         | Case No. 3:15-cv-00799-JSW
17 |         Plaintiff,                    | **STIPULATION AND [~~PROPOSED~~]
   |                                       | ORDER TO EXTEND PRE-TRIAL
18 |     v.                                | AND TRIAL DATES AND
   |                                       | DEADLINES IN LIGHT OF
19 | IGATE TECHNOLOGIES, INC., a business  | SETTLEMENT AGREEMENT**
   | entity, form unknown; and Does 1 through 25, | AS MODIFIED
20 | inclusive,                            |
21 |         Defendant.                    |

WHEREAS, trial is currently scheduled for August 29, 2016;

WHEREAS, there is a Pre-Trial Conference currently scheduled for August 8, 2016;

WHEREAS, pursuant to the Court's order, from July 28, 2016 (Doc. No. 89), the continued deadline to file pretrial materials with the Court is Monday August 1, 2016;

WHEREAS the parties have reached a settlement and have agreed upon the fundamental terms of a settlement agreement as of July 29, 2016;

WHEREAS the parties have agreed to and request to continue all pre-trial deadlines and due dates, as well as the pre-trial conference, so that they may draft, finalize and execute a settlement agreement, and remit settlement payment;

WHEREAS, the Parties have agreed to extend all pre-trial deadlines, due dates and conference approximately sixty (60) days to allow the parties to finalize their settlement agreement and remit payment;

THEREFORE, for good cause shown, the parties request that the Court current deadlines accordingly:

- October 3, 2016 - Deadline to submit all pre-trial documents to the Court;
- October 17, 2016 – Pre-Trial Conference;
- October 31, 2016 – Jury Trial.

DATED:  July 29. 2016                    /s/ Joseph Clapp
                                         Attorneys for Plaintiff

DATED:  July 29, 2016                    /s/ Melinda Riechert
                                         Attorneys for Defendant

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE COURT DEADLINES
Case No. 3:15-cv-00799-JSW

**PROPOSED ORDER**

PURSUANT TO STIPULATION, and having shown good cause, the case deadlines are extended as follows:

- October 3, 2016 - Deadline to submit all pre-trial documents to the court
- October 17, 2016 – Pre-Trial Conference
- ~~October 31, 2016~~ November 7, 2016 – Jury Trial.

**IT IS SO ORDERED.**

DATED: ___August 1, 2016___        _____/s/ Jeffrey S. White_____
                                    HON. JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

DB2/ 30473768.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE COURT DEADLINES
Case No. 3:15-CV-00799-JSW